UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROSE-MARY DURANDISSE,

      Plaintiff(s),        File No. 06 CV 2463 (SCR)

  -against-            STIPULATION OF
                   DISCONTINUANCE

TOYOTA MOTOR CREDIT CORPORATION,
PAUL MILLER MOTORS, LLC, CITIBANK, N.A.,
US AUTO TASK FORCE and
HOUSEHOLD FINANCE CORPORATION III,

      Defendant(s).
-----------------------------------------------------------------X

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the Plaintiff and for the Defendant PAUL MILLER MOTORS, LLC in the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice and without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated:  White Plains, New York
      June 19, 2006

_____      _____
Shmuel Klein, Esq.           HOWARD STERN
Attorney for Plaintiff          Attorney for Defendant
ROSE-MARY DURANDISSE      PAUL MILLER MOTORS, LLC
268 West Route 59          3 Barker Avenue, Suite 290
Spring Valley, NY 10977       White Plains, NY 10601
(845) 425-2510           (914) 683-0505