Robinson J ✓

UNITED STATES DISTRICT COURT
~~DISTRICT OF NEW JERSEY~~ Southern District of New York
-----------------------------------------------x
ROSE-MARIE DURANDISSE

Case No. 06 cv 2463 (SCR)

Plaintiff
    -Against –

STIPULATION DISCONTINUING
ACTION AGAINST TOYOTA
MOTOR CREDIT CORPORATION

TOYOTA MOTOR CREDIT CORP.,
PAUL MILLER MOTORS, CITIBANK N.A.,
HOUSEHOLD FINANCE CORP., US AUTO
TASK FORCE.

Defendant(s)
-----------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned and upon payment of the confidential settlement amount by Defendant to Plaintiff, the attorneys of record for the Plaintiff and for the Defendant TOYOTA MOTOR CREDIT CORPORATION to the above entitled action, that whereas no party signing the stipulation is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, as against TOYOTA MOTOR CREDIT CORPORATION only without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: July 5, 2006

_____
Shmuel Klein
Attorney for Plaintiff
Law Office of Shmuel Klein, PC
268 Route 59
Spring Valley, New York 10977

_____
~~Kevin Simmons~~ Andrew Kaz... (9932)
Attorney for TMCC
Simmons, Jannace & Stagg LLP
75 Jackson Avenue
Syosset, New York 11791

SO ORDERED:

_____
/s/ Stephen C. Robinson
USDJ 8/3/06

DATED: July 31, 2006
White Plains, NY 10601