
*Robinson, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROSE-MARY DURANDISSE,

          Plaintiff(s),

-against-

TOYOTA MOTOR CREDIT CORPORATION,
PAUL MILLER MOTORS, LLC, CITIBANK, N.A.,
US AUTO TASK FORCE and
HOUSEHOLD FINANCE CORPORATION III,

          Defendant(s).
------------------------------------------------------------X

File No. 06 CV 2463 (SCR)

*Partial* STIPULATION OF DISCONTINUANCE *as to Paul Miller Motors, LLC*

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the Plaintiff and for the Defendant PAUL MILLER MOTORS, LLC in the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice and without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated:     White Plains, New York
               June 19, 2006

_____
Shmuel Klein, Esq.
Attorney for Plaintiff
ROSE-MARY DURANDISSE
268 West Route 59
Spring Valley, NY 10977
(845) 425-2510

_____
HOWARD STERN
Attorney for Defendant
PAUL MILLER MOTORS, LLC
3 Barker Avenue, Suite 290
White Plains, NY 10601
(914) 683-0505

SO ORDERED
*[signature]*
U.S.D.J.   10/20/06

FILED