Robinson J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------x

Rose-Marie Durandisse
Plaintiff,

v.

TOYOTA MOTOR CREDIT CORP., PAUL MILLER MOTORS, CITIBANK, N.A., HOUSEHOLD FINACIAL CORP., US AUTO TASK FORCE,

Defendants.

----------------------------------x

06-Cv- 2463(Robinson)

**PARTIAL DEFAULT JUDGMENT AGAINST DEFENDANT US AUTO TASK FORCE**

This action having been commenced on March 29, 2006 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served upon all Defendants. Defendant Toyota Motor Credit Corp. having answered the Complaint and has settled with Plaintiff. Defendant Paul Miller Motors having answered the Complaint has settled with Plaintiff. Defendant Citibank, N.A. and Defendant Household Financial Corporation both have answered the Complaint. Additionally, a copy of the Summons and Complaint having been served by depositing said documents in a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, first class mail, and certified mail with a Waiver of Service of Summons was served on the Defendant US Auto Task Force, on March ~~31~~ 29, 2006. Notwithstanding, the Defendant US Auto Task Force not having answered the Complaint, was further served by Service on a Corporation by the Secretary of State of New York on June ~~21~~ 28, 2006; and the time for answering the Complaint having expired, it is:

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $50,000.00 with interest at 9% from September 9, 2005 amounting to $4,500.00 plus costs and disbursements of this action in the amount of $320.00 plus Clerk's fee in the amount of $250.00, plus Process Server fee for service in the amount of $55.00, plus Repossession in the amount of $650.00, plus vehicle replacement in the amount of $1,000.00 for a total amount of $56,775.00.

Dated: White Plains, NY

_______________, 2006

~~SO ORDERED:~~

_______________________

APPLICATION DENIED
Stephen C. Robinson
HON. STEPHEN C. ROBINSON
12/1/06