UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

ROSE-MARY DURANDISSE,                                   Case No.: 06-CV-2463

             Plaintiff,                                  **STIPULATION OF**
                                                        **DISCONTINUANCE**

             v.

TOYOTA MOTOR CREDIT CORPORATION,
PAUL MILLER TOYOTA, CITIBANK N.A.
US AUTO TASK FORCE and HOUSEHOLD
FINANCE CORPORATION III,

             Defendants.

-----------------------------------------------------------------x

          IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the

attorneys of record for both of the parties to the above entitled action, that whereas no party hereto is

an infant or an incompetent person for whom a committee has been appointed and no person not a

party has an interest in the subject matter of the action, the above entitled action be, and the same

hereby is discontinued with prejudice, without costs to any party as against the other, and that

defendants, Citibank N.A. and CitiFinancial Auto Corporation, are hereby released from any and all

claims arising from or in connection with this action.  This stipulation may be filed without further notice

with the Clerk of the Court.

Dated: April  4  , 2008
       New York, NY

LAW OFFICE OF SHMUEL KLIEN, PC        CODISPOTI & MANCINELLI, LLP

/s/                            /s/

_____         _____

By: Shmuel Klien, Esq.              By: Bruno F. Codispoti, Esq.
268 West route 59                  111 John Street, Suite 800
Spring Valley, NY 10977          New York, NY 10038
*Attorney for Plaintiff*            *Attorney for Defendants Citibank N.A. and*
                                   *CitiFinancial Auto Corporation*