UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 06-CV-2463 (SCR)

ROSE-MARIE DURANDISSE,
    Plaintiff,

ECF Case

v.

TOYOTA MOTOR CREDIT CORP.,
PAUL MILLER MOTORS, CITIBANK, N.A.,
HOUSEHOLD FINANCIAL CORP., US AUTO
TASK FORCE,
    Defendant(s).



## CONSENT ORDER

I, ROSE-MARIE DURANDISSE, the Plaintiff herein, hereby consent to the withdrawal of Law Office of Shmuel Klein, PC and substitution of the Joshua N. Bleichman as Attorney of Record in the above referenced cases.

Dated: Spring Valley, New York
January 30, 2009

/s/ Rose-Marie Durandisse
ROSE-MARIE DURANDISSE

/s/ Shmuel Klein
Shmuel Klein

/s/ Joshua N. Bleichman
Joshua N. Bleichman

SO ORDERED AND APPROVED:

/s/ Stephen C. Robinson
Hon. Stephan Robinson, USDJ  2/18/09